(1) a new rule of constitutional law, previously unavailable, made retroactive by the Supreme Court to cases on collateral review; or (2) newly discovered evidence, not previously discoverable by due diligence, that would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the movant guilty of the offense. 28 U.S.C. §§ 2244(b)(2), 2255 (2000). Johnson's claims do not satisfy either of these criteria. Therefore, we deny authorization to file a successive § 2255 motion.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

States Attorney, Charlottesville, Virginia, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Corey Hill appeals the district court's order, as amended, denying his motion filed pursuant to Fed.R.Crim.P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hill,* No. 3:03–cr–00112–nkm–1 (W.D.Va. Oct. 4, 2007; Jan. 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

## UNITED STATES of America, Plaintiff–Appellee,

v.

## Donald Corey HILL, a/k/a Corey Melvin, a/k/a Tank, Defendant–Appellant.

### No. 07–7711.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 3, 2008.

Donald Corey Hill, Appellant Pro Se. Nancy Spodick Healey, Assistant United

## Larry D. HALL, II, Petitioner–Appellant,

v.

## Thomas McBRIDE, Warden, Respondent–Appellee.

### No. 07–7723.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 3, 2008.